IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS MARTIN SUKUP,

    Plaintiff,                No. CIV S-10-1845 FCD GGH (TEMP) P

    vs.

JOHN A. MENDEZ,

    Defendant.             <u>ORDER</u>

_____/

        Plaintiff filed a motion on May 27, 2011. This civil rights action was closed on January 14, 2011, and the appeal of the decision to close this case was denied on May 10, 2011. The motion filed by plaintiff on May 25, 2011, is denied and plaintiff is informed that no orders will issue in response to any future motions filed in this case.

DATED: June 16, 2011

                                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

suku1845.58